# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ZACHARY RYAN PARKER**                                          **PLAINTIFF**
**ADC #555517**

**v.**                                   **No. 3:23-cv-197-DPM**

**MICHEAL MATLOCK,**
**Captain of Security, NEACCC;**
**FLOSSEY LANE, Head of Treatment,**
**NEACCC;  JOSEPH MCCORKLY,**
**Treatment Supervision, NEACCC;**
**and MYLEK WILLIAMS,**
**Corporal, Security, NEACCC**                          **DEFENDANTS**

### ORDER

1.      The Court withdraws the reference.

2.      Parker has not updated his address with the Clerk; and the time to do so has passed. *Doc. 10.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 March 2024_