IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ZACHARY RYAN PARKER                                          PLAINTIFF
ADC #555517

v.                          No: 3:23-cv-197-DPM

MICHEAL MATLOCK,
Captain of Security, NEACCC;
FLOSSEY LANE, Head of Treatment,
NEACCC; JOSEPH MCCORKLY,
Treatment Supervision, NEACCC;
and MYLEK WILLIAMS,
Corporal, Security, NEACCC                                   DEFENDANTS

JUDGMENT

Parker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 March 2024